No. 479, Misc. LITTLE v. OREGON. Supreme Court of Oregon. Certiorari denied.

No. 462, Misc. CAHILL v. NEW YORK. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied.

No. 464, Misc. MORTON v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 467, Misc. JAZOREK v. UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 150, Misc. THOMAS v. TEETS, WARDEN. Supreme Court of California. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application.

No. 472, Misc. KLUBNIKIN v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *A. L. Wirin* and *Fred Okrand* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 473, Misc. TRUSTY ET AL. v. UNITED STATES. Court of Claims. Certiorari denied. Petitioner *pro se*. *Solicitor General Sobeloff, Assistant Attorney General Burger* and *Melvin Richter* for the United States.